**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT ST. ROOM 2060**
**NEWARK, NJ 07102**

June 10, 2026

**LETTER ORDER**

**Re: Fusion Diagnostic Laboratories, LLC v. Atila Biosystems, Inc.**
**Civil Action No. 24-184 (WJM)**

Dear Counsel,

As discussed during the telephone conference held with the parties in this matter earlier today, and for the reasons articulated on the record, the Court orders as follows:

1. Regarding the disputes raised in the parties' June 4, 2026 letter to the Court, *see* Dkt. No. 77:
   a. Plaintiff's request for production of all PCRD run files for Lots 14, 16 and 31 is **DENIED**.
   b. Defendant's request for production of additional folder-level metadata is **DENIED**, *see id.* p. 3 ¶ A.
   c. The parties shall forthwith meet and confer and attempt to resolve Defendant's concerns regarding the communications between Mr. Abdalla and Dr. Chowdhury, *see id.* pp. 3-4. Should Plaintiff determine that it has provided Defendant with all communications and documents between Mr. Abdalla and Dr. Chowdhury, Plaintiff's counsel shall provide Defendant with a certification stating same. All communications and documents between Mr. Abdalla and Dr. Chowdhury shall be produced by no later than **July 15, 2026**.

2. All discovery shall be completed by **July 15, 2026**.

3. The Court will conduct a telephone status conference with the parties on **July 20, 2026 at 12:30 PM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**